[No. 19791–6–I. Division One. July 18, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLEN LEMMO, ET AL, *Defendants*, REBECCA DAWN GROVE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–02714–5, Herbert M. Stephens, J., entered January 9, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 20187–5–I. Division One. July 18, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL STEPHEN MCNALLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87–8–00017–8, Charles V. Johnson, J., entered March 19, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Webster, JJ.

[No. 19659–6–I. Division One. July 18, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CYRIL WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86–1–01393–4, Charles V. Johnson, J., entered November 25, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse and Winsor, JJ.